IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CATHERINE COYNE,<br>　　　*Plaintiff*,<br><br>v.<br><br>HOLY FAMILY APARTMENTS,<br>ALLENTOWN ARCHDIOCESE,<br>RANDY WADSWORTH, KAREN<br>OHM, SAROSKY HEATING &<br>AIR CONDITIONING, AND HUD,<br>　　　*Defendants*. | :<br><br><br><br>:　CIVIL ACTION<br>　　NO. 19-4583<br><br><br><br><br>: |

**ORDER**

AND NOW, this 28th day of April 2020, upon consideration of: Defendants Allentown Archdiocese,[1] Holy Family Apartments, Karen Ohm, and Randy Wadsworth's Motion to Dismiss (ECF No. 10); Defendant Sarosky Heating & Air Conditioning's Motion to Dismiss (ECF No. 13); and, Plaintiff's Responses thereto (ECF Nos. 14, 15), it is hereby ORDERED as follows:

(1) Defendants Holy Family Apartments, Diocese of Allentown, Randy Wadsworth, and Karen Ohm's Motions to Dismiss (ECF No, 10) is GRANTED;

(2) Plaintiff's claims against the Diocese of Allentown are be DISMISSED with prejudice;

(3) Defendant Sarosky Heating & Air Conditioning's Motion to Dismiss (ECF No. 13) is GRANTED and said Defendant is DISMISSED with prejudice;

---

[1] Although Plaintiff refers to the Diocese of Allentown as the "Allentown Archdiocese" and the "Archdiocese of Allentown," Defendants' Motion to Dismiss instructs: "The Diocese is not an archdiocese and should be referred to as the Diocese of Allentown." (ECF No. 10-1 at 1 n.2.)

(4) Plaintiff is GRANTED LEAVE TO AMEND in accordance with this Court's accompanying Memorandum; and,

(5) In the event Plaintiff elects to file an Amended Complaint, she shall do so **on or before May 29, 2020**.

BY THE COURT:

/s/ C. Darnell Jones, II    J.