# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CATHERINE COYNE<br>*Plaintiff*, | : | |
| v. | : | CIVIL ACTION<br>NO. 19-4583 |
| HOLY FAMILY APARTMENTS;<br>ALLENTOWN ARCH DIOCESE;<br>RANDY WADSWORTH; KAREN OHM;<br>SAROSKY HEATING & AIR<br>CONDITIONING; and, HUD<br>*Defendants*. | :<br><br>: | |

## ORDER

AND NOW, this 13th day of July 2021, it is hereby ORDERED as follows:

(1) In in accordance with this Court's accompanying Memorandum, Plaintiff's "Motion for Leave to File Amended Complaint for Elder Abuse Against Holy Family Apartments, Diocese of Allentown, Randy Wadsworth, Karen Ohm, Sarosky Heating and Air Conditioning and HUD, Seeking Relief Exceeding 2,000,000.00" (ECF No. 28) is DENIED;

(2) In in accordance with this Court's accompanying Memorandum, Defendants Holy Family Apartments, Karen Ohm, and Randy Wadsworth's Motion to Dismiss Pursuant to Rule 41(b) (ECF No. 29) is GRANTED;

(3) The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:

/s/ C. Darnell Jones, II     J.